IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 20-0280, DA 20-0281, DA 20-0282, and DA 20-0283

_____

IN THE MATTER OF

A.C., R.G., A.S., and R.S.,

     Youths in Need of Care.

_____

**ORDER GRANTING EXTENSION OF TIME**

_____

On motion of counsel for Appellant,

IT IS ORDERED that the Appellant is granted an extension of time until

Monday, August 31, 2020 to file and serve the opening brief on appeal.  No

further extensions will be granted for the opening brief.

The Clerk is directed to provide copies of this order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 13 2020